```
H. DEAN STEWARD
SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753

Attorney for Defendant
Marshall A. Lichterman
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA-CR-00-128-CJC |
| Plaintiff, | [Proposed] ORDER RE: TERMINATION OF SUPERVISED RELEASE |
| v. | |
| MARSHALL ALAN LICHTERMAN, | |
| Defendant. | |

A SUFFICIENT SHOWING HAVING BEEN MADE, it is ordered that supervised release for defendant Marshall Lichterman shall terminate forthwith.

So ordered.

Dated: July 20, 2009  _____

Hon. Cormac J. Carney

United States District Judge